UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In re:                                                                    Case No.: 14-22475 (rdd)
                                                                                   Chapter 13
Esther Schultz
                          Debtor.
_____

## ORDER ADJOURNING LOSS MITIGATION STATUS CONFERENCE

It appearing that the above debtors, Esther Schultz has requested Loss Mitigation under General Order M-413 with Nationstar Mortgage ****0683 and with Bank of America ****3139, over the property located at 7 Shad Road West Pound Ridge , NY 10576; and it further appearing that this Court entered an Order on or about May 13, 2014 granting such request; and it further appearing that the parties have been cooperating with respect to the present Loss Mitigation and, through their counsel, have agreed to adjourn the Status Conference from November 18, 2014 until January 27, 2015 at 10:00 ; and good cause appearing therefore, it is hereby

ORDERED, that the Loss Mitigation Status Conference will now be held on January 27, 2015 at 10:00 a.m. in the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601.

Dated: White Plains, New York
           November 14, 2014

                                                                    __/s/Robert D. Drain_____
                                                                    Hon. Robert D. Drain
                                                                    U.S. Bankruptcy Judge